

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2018

No. 04-18-00044-CR

Robert **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9639
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

The State's Motion to Change Designation and Publish Opinion of the Court is hereby GRANTED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2018.

_____
Keith E. Hottle
Clerk of Court